**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORALIA MUNOZ-LECHUGA, | No. 08-71768 |
| Petitioner, | Agency No. A098-451-412 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before:     B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Oralia Munoz-Lechuga, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

We grant and remand the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Because the BIA failed to address the ineffective assistance of counsel claim raised by Munoz-Lechuga in her motion to accept her late-filed brief, we remand for the BIA to consider her claim in the first instance. *See Singh v. Gonzales*, 416 F.3d 1006, 1015 (9th Cir. 2005).

**PETITION FOR REVIEW GRANTED; REMANDED.**